UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BACKGATE DESIGNS, INC., a corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:09-cv-665-JCH ) |
| WILLIAM M. HIGHTOWER, MANDA B. HIGHTOWER, d/b/a MBH SERVICES d/b/a BACK DOOR GIFTS, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## PERMANENT INJUNCTION

Having reviewed Plaintiff's Application for Entry of Default Judgment, and the files and records in this action, including the declarations in support thereof, and good cause appearing, the Court enters a permanent injunction against Defendants William M. Hightower and Manda B. Hightower d/b/a MBH Services d/b/a Back Door Gifts as follows:

Defendants and their officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, shall be and hereby are permanently enjoined from making, selling, or offering to sell "Funky Hair Hats" and "Spirit Cap" visors in the United States, or otherwise infringing upon U.S. Patent No. D557, 478.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2009.   _Jean C. Hamilton_
　　　　　　　　　　　　　　　　　　　HON. JEAN C. HAMILTON